**No. 09-1498. United States, Petitioner v. Jason Louis Tinklenberg.**

561 U.S. 1058, 131 S. Ct. 62, 177 L. Ed. 2d 1151, 2010 U.S. LEXIS 5759.

September 28, 2010. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit granted. Justice Kagan took no part in the consideration or decision of this motion and this petition.

Same case below, 579 F.3d 589.